## LINDA CHRISTOPHERSON *v.* HALLMARK CARDS, INC.
## (10699)

LANDAU, HEIMAN and FREEDMAN, Js.

Argued May 5—decision released May 26, 1992

*Paul A. Scholder,* for the appellant (named plaintiff).

*John W. O'Meara,* with whom, on the brief, was *Kenneth J. Mulvey,* for the appellee (defendant).

*Lawrence R. Pellet,* for the appellee (intervening plaintiff).

PER CURIAM. The judgment is affirmed.